UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sriakhil Gogineni,

                Plaintiff(s),

v.                                                    Case No. 2:20−mc−50443−SFC−APP
                                                    Hon. Sean F. Cox

Equifax Credit Information
Services, Inc., et al.,

                Defendant(s),

## NOTICE OF REMAND

TO:  35TH DISTRICT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan  48226
        (313) 234−5005

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                    DAVID J. WEAVER, CLERK OF COURT

                                                    By: s/D. Peruski
                                                           Deputy Clerk

Dated:  April 21, 2020