UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sriakhil Gogineni,

    Plaintiff,

v.                                                          Case No. 20-mc-50443

Equifax Credit Information Services, Inc.,      Sean F. Cox
and Equifax, Inc.,                               United States District Court Judge

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS ON APPEAL

Currently before the Court is Plaintiff's application to proceed without prepayment of filing fees or costs on appeal. (ECF No. 6). Under 28 U.S.C. §1915(a), "an appeal may not be taken in forma pauperis if the [district] court certifies in writing that it is not taken in good faith."

For the reasons stated in this Court's April 21, 2020 Order (ECF No. 4), any appeal would be frivolous and not taken in good faith. Specifically, 28 U.S.C. § 1404 does not allow a party to sidestep the Court's filing fee or the typical method of getting a state court case into federal court. And this "transfer" appears to have been orchestrated by Plaintiff in an effort to avoid paying the Court's filing fee.

Because the Court concludes that any appeal would be frivolous, Plaintiff may not proceed without prepayment of the fees and costs on appeal. Plaintiff's recourse is to seek leave from the Court of Appeals to proceed with his appeal *in forma pauperis*. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

1

**IT IS SO ORDERED.**

                                                        <u>s/Sean F. Cox</u>
                                                        Sean F. Cox
                                                        United States District Judge

Dated: April 24, 2020